IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | )   Case No. 1:24-cr-216-ECM-CWB-12 |
| | ) |
| PALMERE RITTER | ) |

## REPORT AND RECOMMENDATION
## CONCERNING PLEA OF GUILTY

The defendant, Palmere Ritter, has by consent appeared before me pursuant to Rule 11 of the Federal Rules of Criminal Procedure and has entered a plea of guilty to Count 1 of the Superseding Indictment (Doc. 153). After cautioning and examining the defendant under oath concerning each of the subjects enumerated in Rule 11(b), I have determined that the defendant entered the plea of guilty knowingly and voluntarily and that there is a factual basis to support the plea. I therefore recommend that the plea of guilty be accepted.

**DONE** this the 11th day of April 2025.

CHAD W. BRYAN
UNITED STATES MAGISTRATE JUDGE

### NOTICE

A party waives the right to challenge on appeal a finding of fact or conclusion of law adopted by the district judge if the party fails to object to that finding or conclusion within fourteen days following issuance of a report and recommendation containing the finding or conclusion.